UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHAZ JACKSON,

Plaintiff,

v. Case No. 3:26-cv-3982-TKW-HTC

CORRECTIONAL OFFICER A. MURRAY,
NURSE TERRI DELAROSA,

Defendants.
_______________________________/

REPORT AND RECOMMENDATION

Chaz Jackson, an inmate currently incarcerated at Santa Rosa Correctional Institution proceeding *in forma pauperis*, filed a civil rights complaint on May 28, 2026. Doc. 1. On July 1, 2026, the Court ordered Jackson to file an amended complaint on this Court's forms by July 15, 2026. Doc. 5. On July 22, after not receiving any response from Jackson, the Court ordered him to show cause by August 5, 2026, why the case should not be dismissed. Doc. 6. Jackson was warned that "failure to comply with this order will result in a recommendation that this case be dismissed without further notice." *Id.* To date, no response has been received from Jackson, and the time for a response has passed.

Based on the foregoing, dismissal of this case is appropriate. *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) ("[D]ismissal upon disregard of an

order, especially where the litigant has been forewarned, generally is not an abuse of discretion.") (citations omitted); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under [Federal Rule of Civil Procedure 41(b)] for failure to prosecute or failure to obey a court order.") (citations omitted).

Accordingly, it is RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for Jackson's failure to prosecute and failure to comply with Court orders.

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 11th day of August, 2026.

/s/ Hope Thai Cannon

**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within **fourteen (14) days** of the date of the Report and Recommendation. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. An objecting party must serve a copy of its objections upon all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1.